# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                          NO. 2024 KW 0411

IN THE INTEREST OF J.W.


**MAY 15, 2024**

---

In Re:    J.W., applying for supervisory writs, East St. Tammany
          City Court, Parish of St. Tammany, No. 24JP0497.

---

**BEFORE:    McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

                         PMc
                         CHH
                         SMM



COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT